**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MAGDY WADIE SALEEB HANNA, | No. 09-70153 |
| Petitioner, | Agency No. A099-397-442 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 20, 2011**

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

Magdy Wadie Saleeb Hanna, a native and citizen of Egypt, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

discretion the denial of a motion to reopen, *Azanor v. Ashcroft*, 364 F.3d 1013, 1018 (9th Cir. 2004), and we deny the petition for review.

The BIA did not abuse its discretion by denying Hanna's motion to reopen because the motion failed to comply with the requirements set forth in *Matter of Lozada*, 19 I. & N. Dec. 637, 639 (BIA 1988). *See Azanor*, 364 F.3d at 1023 (noting that failure to comply with *Lozada* is significant where the facts underlying petitioner's claim were not plain on the face of the record).

**PETITION FOR REVIEW DENIED.**